UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAUDA ILIYA,<br>　　　　　Plaintiff,<br>　　v.<br>UNITED STATES MARSHALS SERVICE,<br>　　　　　Defendant. | Case No. 24-cv-03720-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

On December 20, 2024, the Court granted Defendant United States Marshals Service's motion to dismiss for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted under Rule 12(b)(6). ECF No. 23. Although the Court granted leave to amend by January 21, 2025, Plaintiff Dauda Iliya has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Dauda Iliya to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 5, 2025. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 22, 2025

THOMAS S. HIXSON
United States Magistrate Judge