UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAUDA ILIYA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES MARSHALS SERVICE,<br><br>    Defendant. | Case No. 24-cv-03720-TSH<br><br>**THIRD ORDER TO SHOW CAUSE** |

Pending before the Court is a motion to dismiss filed by Defendant United States Marshals Service. ECF No. 29. Plaintiff Dauda Iliya failed to file an opposition in compliance with Civil Local Rule 7. The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court hereby **VACATES** the April 17, 2025 noticed hearing date and **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines, as well as why Defendant's motion should not be granted. Plaintiff shall file a declaration by April 21, 2025 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiff files an opposition, Defendant may file any reply by April 28, 2025.

Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 7, 2025

THOMAS S. HIXSON
United States Magistrate Judge